UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 27028
   BETTIE PULLEN WALKER

                                       CHAPTER 13

                                       JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-9956

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
   The case was filed on 10/08/2008 and was not confirmed.

   The case was dismissed without confirmation 01/05/2009.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHATHAM GROVE CONDO ASSO | SECURED | 8700.00 | .00 | .00 |
| CHATHAM GROVE CONDO ASSO | UNSEC W/INTER | NOT FILED | .00 | .00 |
| JULIA BRANSON | CURRENT MORTG | .00 | .00 | .00 |
| JULIA BRANSON | UNSEC W/INTER | NOT FILED | .00 | .00 |
| WADE PARROTT & EVERETT B | MORTGAGE NOTI | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CITY OF CHICAGO DEPT OF | UNSEC W/INTER | 2172.50 | .00 | .00 |
| F & W LIC | UNSEC W/INTER | NOT FILED | .00 | .00 |
| TELECHECK | UNSEC W/INTER | NOT FILED | .00 | .00 |
| JACKSON PARK HOSPITAL | UNSEC W/INTER | NOT FILED | .00 | .00 |
| NATIONAL PREMIUM FINANCE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| SALLIE MAE GUARANTEE SER | UNSEC W/INTER | 72775.86 | .00 | .00 |
| STATE FARM INSURANCE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| VERIZON | UNSEC W/INTER | NOT FILED | .00 | .00 |
| PRO SE DEBTOR | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | .00 |

           Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | .00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | .00 |
| TRUSTEE COMPENSATION | | .00 |
| DEBTOR REFUND | | .00 |
| TOTALS | .00 | .00 |

                   PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 08 B 27028 BETTIE PULLEN WALKER

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 03/05/09                     /s/ Tom Vaughn
                            _____
                            TOM VAUGHN
                            CHAPTER 13 TRUSTEE